IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  17-cv-2005-NYW

DAVID WARD and LISA STUMMEIER, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

EXPRESS MESSENGER SYSTEMS, INC., d/b/a ONTRAC and J&B TRANSPORTATION, INC.,

        Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Lisa Stummeier, the Opt-in Plaintiffs, and Defendants Express Messenger Systems, Inc. d/b/a OnTrac and J&B Transportation, Inc. have tentatively reached a resolution of the above-captioned matter and are in the process of finalizing their settlement agreement. The Parties intend to submit a motion for settlement approval to the Court.

As part of the settlement, Plaintiffs will dismiss the class and collective claims asserted in this action, and Plaintiff David Ward will proceed in this action on an individual basis. The Parties request that all hearings be vacated and deadlines be suspended while the Parties finalize the settlement.

Dated: January 31, 2019

/s/Olena Savytska
Harold L. Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, Massachusetts 02116
Telephone: (617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com
Shanon J. Carson
Sarah R. Schalman-Bergen
Camille Fundora Rodriguez
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (215) 875-3000
scarson@bm.net
sschalman-bergen@bm.net
crodriguez@bm.net

Brian D. Gonzales
THE LAW OFFICES OF BRIAN D. GONZALES, PLLC
2580 East Harmony Road, Suite 201
Fort Collins, Colorado 80528
Telephone: (970) 214-0562
BGonzales@ColoradoWageLaw.com

*Counsel for Plaintiffs*

Respectfully Submitted,

/s/Lauren Meyerholz
Lauren E. Meyerholz
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, Colorado 80202
LMeyerholz@littler.com

Robert G. Hulteng, Esq.
Damon M. Ott, Esq.
LITTLER MENDELSON, P.C.
333 Bush Street, Floor 34
San Francisco, California 94104
RHulteng@littler.com
DOtt@littler.com

*Counsel for Defendants*

2