IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 17-cv-2005-NYW-KLM

DAVID WARD,

        Plaintiff,

v.

EXPRESS MESSENGER SYSTEMS, INC. d/b/a ONTRAC and J&B TRANSPORTATION, INC.,

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David Ward ("Plaintiff"), as well as Defendants Express Messenger Systems, Inc. d/b/a OnTrac ("OnTrac") and J&B Transportation, Inc. ("J&B"), stipulate and request pursuant to Fed. R. Civ. P. 41 that this case be dismissed with prejudice.

_____
Plaintiff David Ward
9915 Fillmore St.
Thornton, CO 80229
warddvdwrdrr@aol.com

Dated: October 30th, 2020

*s/ Grace L. McGuire*
Robert G. Hulteng, CA Bar No. 071293*
RHulteng@littler.com
Damon M. Ott, CA Bar No. 215392*
DOtt@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, Floor 34
San Francisco, CA 94104
Telephone: 415.433.1940

Grace L. McGuire
gmcguire@littler.com
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200

ATTORNEYS FOR DEFENDANTS

Dated: October 21, 2020